

# Fourth Court of Appeals
## San Antonio, Texas

February 12, 2015

No. 04-14-00429-CV

**CITY OF SAN ANTONIO**,
Appellant

v.

**CASEY INDUSTRIAL, INC**.,
Appellee

From the 408th Judicial District Court, Bexar County, Texas
Trial Court No. 2008-CI-06252
Honorable Michael E. Mery, Judge Presiding

# O R D E R

On February 2, 2015, we set this cause for formal submission and oral argument before this court on February 26, 2015.

On February 6, 2015, Appellee filed an unopposed motion to reset oral argument. Appellee's motion is GRANTED.

We withdraw our February 2, 2015 order. *See* TEX. R. APP. P. 19.1. This cause is now set for formal submission and oral argument before this court on Thursday, April 2, 2015, at 9:00 a.m., before a panel consisting of Chief Justice Marion, Justice Alvarez, and Justice Pulliam. *See id.* R. 39.2, 39.8, 41.1(b).

Argument is limited to twenty minutes for Appellant's opening argument, twenty minutes for Appellee's argument, and ten minutes for Appellant's rebuttal. TEX. R. APP. P. 39.3; 4TH TEX. APP. (SAN ANTONIO) LOC. R. 9.1.

If you do not wish to present oral argument, you must notify this court in writing within seven days of receiving this notice.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 12th day of February, 2015.



Keith E. Hottle
Clerk of Court